**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAVELIN GLOBAL COMMODITIES (UK) LTD,

                  Plaintiff,
-against-                                            24 **CIVIL** 8385 (JAV)

## JUDGMENT

MICHAEL A. BLUBAUGH, KINGDOM COAL
LLC, KC II HOLDINGS LLC, and DOUBLE
MOUNTAIN MINING LLC,

                  Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2025, Plaintiff's Motion is GRANTED. Plaintiff is a private limited company established under the laws of England and Wales with a principal place of business in the United Kingdom. ECF No. 24, par. 10. Defendant Blubaugh is a citizen of Texas, and Defendants Kingdom Coal LLC, KC II Holdings LLC, and Double Mountain Mining LLC are each Wyoming limited liability companies with their principal places of business in Texas. Id. par. 11-12. Their members are collectively citizens of Florida, Kentucky, and/or Texas. Id. par. 13. Subject matter jurisdiction therefore exists because there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). In addition, Defendants' confession of judgment was made knowingly and voluntarily and contains the information required by N.Y. C.P.L.R. § 3218(a), including stating the sum for which judgment may be entered. Judgment is entered in favor of Plaintiffs in the amount of $2,500,000.00, plus interest accruing at the rate of 9% per day starting from the date Judgment is entered; accordingly, the case is closed.

**Dated:**  New York, New York
          March 13, 2025

                                                                 **TAMMI M HELLWIG**
                                                                   **Clerk of Court**

                                **BY:**                  *K. Mango*

                                                                   **Deputy Clerk**