## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JAVELIN GLOBAL COMMODITIES (UK) LTD,

                Plaintiff,

-against-                                            24 **CIVIL** 8385 (JAV)

                                                                 **AMENDED JUDGMENT**

MICHAEL A. BLUBAUGH, KINGDOM COAL
LLC, KC II HOLDINGS LLC, and DOUBLE
MOUNTAIN MINING LLC,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2025, and the Court's Order dated July 23, 2025, Plaintiff's Motion is GRANTED. Plaintiff is a private limited company established under the laws of England and Wales with a principal place of business in the United Kingdom. ECF No. 24, par. 10. Defendant Blubaugh is a citizen of Texas, and Defendants Kingdom Coal LLC, KC II Holdings LLC, and Double Mountain Mining LLC are each Wyoming limited liability companies with their principal places of business in Texas. Id. par. 11-12. Their members are collectively citizens of Florida, Kentucky, and/or Texas. Id. par. 13. Subject matter jurisdiction therefore exists because there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). In addition, Defendants' confession of judgment was made knowingly and voluntarily and contains the information required by N.Y. C.P.L.R. § 3218(a), including stating the sum for which judgment may be entered. Judgment is entered in favor of Plaintiffs in the amount of $2,500,000.00, plus post-judgment interest accruing at the rate of 9% per annum starting from the date Judgment is entered. The Judgment

shall be effective *nunc pro tunc* such that all actions taken with respect to the original Judgment shall have the same force as if taken with respect to the Judgment as amended.

**Dated:**  New York, New York

　　　　July 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　**TAMMI M HELLWIG**
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　**BY:**　　*K. Mango*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**